# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: March 12, 2020

March 11, 2020

**BY ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re:**     *Mateos v. SNZ Group Inc., et al.*
                 *Case No. 18-CV-11894 (ER)*

Dear Judge Ramos,

    We are counsel to the plaintiff in the above-referenced matter. A status conference is scheduled before Your Honor on Friday, March 13, 2020 at 4:00 p.m.

    As many courts are converting appearances to telephone conferences in an attempt to contain the novel coronavirus, please accept this letter as plaintiff's request that the matter be converted to a phone conference. We attempted to confer with defense counsel about joining in, or consenting to, this request but was advised that he is out sick today.

    We thank the Court for considering this application.

                                    Respectfully submitted,

                                    Justin Cilenti

cc: Stephen D. Hans, Esq. (by ECF)

The application is __X__ granted
                                  ____ denied

Edgardo Ramos, U.S.D.J
Dated: __March 12, 2020__
New York, New York