UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBORIO IRIARTE MATEOS, *on behalf of himself and other similarly situated*,

       Plaintiff,

– against –

SNZ GROUP INC. *doing business as* Café 86, *et al.*,

       Defendants.

**ORDER**

18 Civ. 11894 (ER)

RAMOS, D.J.:

  On March 13, 2020, the parties informed the Court that they had reached a settlement. They are directed to submit their settlement to the Cout for approval by November 1, 2020. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015).

It is SO ORDERED.

Dated: October 2, 2020
    New York, New York

                  EDGARDO RAMOS, U.S.D.J.