UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBORIO IRIARTE MATEOS, *on behalf of himself and others similarly situated*,

                                        Plaintiff,

                    – against –

SNZ GROUP INC., *doing business as* CAFÉ 86, *et al.*,

                                        Defendants.

**ORDER**

18 Civ. 11894 (ER)

Ramos, D.J.:

    On March 13, 2020, the parties informed the Court they had reached a settlement.  Doc. 35.  On October 2, 2020, the Court directed the parties to submit the settlement to the Court for approval by November 1, 2020. Doc. 37.  No settlement was submitted.  The parties are instructed to submit this settlement to the Court for approval by April 12, 2021.  Failure to do so could result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. R. 41(b).

    It is SO ORDERED.

Dated:    April 5, 2021
          New York, New York

_____
                Edgardo Ramos, U.S.D.J.