# MEMO ENDORSED

## CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

April 12, 2021

**BY ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is GRANTED. The parties shall submit the settlement agreement for review by no later than May 7, 2021.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 4/12/2021
> New York, New York

  **Re:**   *Mateos v. SNZ Group Inc., et al.*
      *Case No. 18-CV-11894 (ER)*

Dear Judge Ramos,

  We are counsel to the plaintiff in the above-referenced matter. Please accept this letter as plaintiff's request for an extension of time to file the proposed settlement agreement.

  Our office had been attempting to communicate with plaintiff for some time without success, but did finally speak with him this morning. Plaintiff does not have email access, and has limited days off from his current employment, but anticipates appearing in our office within the next week or two to execute the agreement. Accordingly, it is requested that the parties be given until May 7, 2021 to submit the agreement for review and approval. Defendants consent to this request.

  No prior request for similar relief has been granted, and no other dates would be affected.

  We thank the Court for considering this application.

              Respectfully submitted,

              Justin Cilenti

cc: Stephen D. Hans, Esq. (by ECF)