UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LIBORIO IRIARTE MATEOS, on behalf of himself
and others similarly situated,

                       Plaintiff,

   -against-

SNZ GROUP INC. d/b/a CAFÉ 86,
M&S MARKET 2350 LLC d/b/a CAFÉ 86,
MUHAMMAD ISLAM, ENRIQUE CERON-CASAREZ,
SAHIB SINGH, and MANJIT SINGH,

                       Defendants.
----------------------------------------------------------------X

Case No. 18-CV-11894 (ER)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed against the Defendants, SNZ Group Inc., Muhammad Islam, and Enrique Ceron-Casarez.

Dated: New York, New York
       May 13, 2021

                                           Respectfully submitted,

                                           CILENTI & COOPER, PLLC
                                           *Attorneys for Plaintiff*
                                           10 Grand Central
                                           155 East 44th Street – 6th Floor
                                           New York, New York 10017
                                           T. (212) 209-3933
                                           F. (212) 209-7102

                     By: _____
                            Justin Cilenti

So ordered:

_____
Edgardo Ramos, U.S.D.J
Dated:  5/25/2021
New York, New York